# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 19, 2016

Robert P. Young, Jr.,
Chief Justice

154221-2

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* I. D. Z. FOSTER-RIMSON, Minor

SC: 154221
COA: 330938
Wayne CC Family Division:
    14-518111-NA

_____/

*In re* Z. K. RIMSON, Minor

SC: 154222
COA: 330939
Wayne CC Family Division:
    14-518303-NA

_____/

On order of the Court, the application for leave to appeal the July 14, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 19, 2016



Clerk

t0816